UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK THOMPSON, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL NO. 1:25-CV-1224-ADA-ML |
| SILVER SPRINGS APARTMENT, | § § |
| Defendant. | § |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 4. The report recommends that Plaintiff's complaint be dismissed without prejudice due to a failure to properly allege jurisdiction. The report and recommendation was filed on September 25, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Thompson filed objections on August 29, 2024. ECF Nos. 6 and 7. The Court has conducted a *de novo* review of Plaintiff's the motion to proceed *in forma pauperis*, the complaint, the report and recommendation, the objection to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane (ECF No. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint be dismissed without prejudice.

**SIGNED** this 9th day of October, 2025.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**